IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KARI MANTILLA,

      Plaintiff,

v.                                   No.  1:14-cv-01124 JCH/SMV

SANDOVAL COUNTY,
SANDOVAL COUNTY SHERIFF'S
OFFICERS TOM SKOPAYKO and
O.CAVALLERO, and CYFD OFFICER
STACEY GUSTAFSON,

      Defendants.

## STIPULATED ORDER TO ENLARGE DEADLINES

**THIS MATTER** having come before the Court on the parties' Stipulated Motion to Enlarge Deadlines, and the Court being otherwise fully advised in the premises;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the deadlines set in the March 18, 2015 Scheduling Order be extended as follows.

    a.    Plaintiff's expert witness disclosure:  September 17, 2015

    b.    Defendants' expert witness disclosure:  October 17, 2015

    c.    Discovery deadline:  December 16, 2015

    d.    Motions relating to discovery:  January 7, 2016

    e.    Pretrial Motions:  January 15, 2016

    f.    Pre-Trial Order to the Court:  March 12, 2016.

_____
**MAGISTRTE JUDGE STEPHAN M. VIDMAR**

Submitted by:

**LAW OFFICES OF MARY T. TORRES**

By: */s/ Mary T. Torres*
     Mary T. Torres
     *Attorneys for Defendant Stacey Gustafson*
     201 Third Street N.W., Suite 500
     Albuquerque, NM 87102
     (505) 944-9030
     mtt@marytorreslaw.com

**KENNEDY LAW FIRM**

By: *Electronically approved June 5, 2015*
     Theresa v. Hacsi
     Joseph P. Kennedy
     Shannon Kennedy
     *Attorneys for Plaintiff*
     1000 Second Street N.W.
     Albuquerque, New Mexico  87102
     (505) 244-1400
     tvh@civilrightslawnewmexico.com


**BUTT, THORNTON& BAEHR, P.C.**

By: *Electronically approved June 5, 2015*
     Agnes Fuentevilla Padilla
     *Attorney for Sandoval County,*
     *Sandoval County Sheriff's*
     *Officers Tom Skopayko and*
     *O.Cavallero*
     P O Box 3170
     Albuquerque, New Mexico  87109-3170
     (505) 884-0777
     afpadilla@btblaw.com