IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KARI MANTILLA,

    Plaintiff,

v.                                                      No. 14-cv-1124 JCH/SMV

SANDOVAL COUNTY, TOM SKOPAYKO,
O. CAVALLERO, and STACEY GUSTAFSON,

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    September 16, 2015, at 1:30 p.m.

**Matter to be heard**:    Defendant Gustafson's Motion . . . to Compel Pertinent Counseling Records [Doc. 59].

    **IT IS ORDERED** that a telephonic hearing on Defendant Gustafson's Motion to Compel [Doc. 59] is set for **September 16, 2015, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.