IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KARI MANTILLA,

    Plaintiff,

v.                                                                       No. 14-cv-1124 JCH/SMV

SANDOVAL COUNTY, TOM SKOPAYKO,
O. CAVALLERO, and STACEY GUSTAFSON,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER is before the Court on the Motion for Withdrawal of Appearance by Kennedy Kennedy & Ives [Doc. 76], filed on October 2, 2015.  Plaintiff's counsel mailed a copy of the Motion to Plaintiff and notified her that she had 14 days to object.  *Id.*  That time has passed, and neither Plaintiff nor any Defendant has objected.  Pursuant to D.N.M.LR-Civ. 83.8, attorneys Joseph P. Kennedy and Theresa V. Hacsi are granted leave to withdraw their appearances in this case.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion for Withdrawal of Appearance by Kennedy Kennedy & Ives [Doc. 76] is **GRANTED**.  Mr. Kennedy and Ms. Hacsi's representation of Plaintiff in this case is terminated.  Because no other attorney has appeared on her behalf, Plaintiff proceeds pro se.[1]

    **IT IS SO ORDERED.**

                                                                        **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**

---

[1] According to Mr. Kennedy, Plaintiff should be reached at:  6913 Conchord Hills Loop, Rio Rancho, NM 87144.  [Doc. 76] at 2.