# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

KARI MANTILLA,

     **Plaintiff,**

v.                                **No. 14-cv-1124 JCH/SMV**

SANDOVAL COUNTY, TOM SKOPAYKO,
O. CAVALLERO, and STACEY GUSTAFSON,

     **Defendants.**

## ORDER TO SHOW CAUSE AND
## ORDER SETTING SHOW-CAUSE HEARING

THIS MATTER is before the Court sua sponte. Pro se Plaintiff, Ms. Mantilla, has failed to comply with the Court's orders directing her to produce certain records for *in camera* inspection. *See* [Docs. 75, 84]I . Therefore, she must appear in person to show cause why she should not be sanctioned including, but not limited to, dismissal of her claim for emotional distress pursuant to Fed. R. Civ. P. 37(b)(2)(A). The show-cause hearing will be held on **January 15, 2016, at 2:30 p.m.**, in the Pecos Courtroom on the third floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

     Plaintiff is admonished that she is required to follow the rules of the procedure and the orders of this Court. If she does not, sanctions may be imposed, up to and including dismissal of her entire case with prejudice. *See Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992).

     **IT IS SO ORDERED.**

                            _____

                            **STEPHAN M. VIDMAR**
                            **United States Magistrate Judge**