**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

KARI MANTILLA,

    Plaintiff,

v.   No. 14-cv-1124 JCH/SMV

SANDOVAL COUNTY, TOM SKOPAYKO,
O. CAVALLERO, and STACEY GUSTAFSON,

    Defendants.

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER is before the Court on Plaintiff Kari Mantilla's Letter to the Court, filed February 16, 2016. [Doc. 93]. In it, Plaintiff requests more time to obtain new representation. The Court construes this letter as a request for extension of time to file objections to the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD") [Doc. 91]. Plaintiff's request will be GRANTED.

In the PF&RD, the Court recommended dismissing this case with prejudice because Plaintiff has taken no action to prosecute her claims since her counsel withdrew nearly four months ago, she has failed to respond to Court orders, and she has failed to appear for a show-cause hearing. [Doc. 91]. In response to the PF&RD, Plaintiff filed a letter urging that her claims were meritorious and explaining that she was still looking for new counsel. [Doc. 93]. She offers no explanation whatsoever for her failure to participate in her case. *Id*. Instead, she asks for an unspecified extension of time to find new counsel. *Id*.

Under the circumstances, the Court finds it appropriate to construe her letter as a request for additional time to object to the PF&RD.  The request will be granted, and Plaintiff shall have an additional 30 days to object.  Plaintiff is admonished that after 30 days—if she has not secured new counsel, begun to participate in this case pro se, or otherwise shown good cause why not—her case may be dismissed with prejudice without further warning.  *See Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the parties shall have until **March 18, 2016,** to file objections to the PF&RD.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**